NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000926
02-APR-2014
08:13 AM

NO. CAAP-12-0000926

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

REFRIGERANT RECYCLING, INC., Appellant-Appellant,
v.
DEPARTMENT OF BUDGET AND FISCAL SERVICES,
CITY AND COUNTY OF HONOLULU; ISLAND RECYCLING, INC.,
AND SHERYL LEE A. NAGATA, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2440-09 RAN)

ORDER GRANTING MOTION TO DISMISS
(By: Foley, Presiding J., Fujise and Ginoza, JJ.)

Upon consideration of the "Appellee Department of
Budget And Fiscal Services, City And County of Honolulu's Motion
To Dismiss," (**Motion to Dismiss**) filed March 20, 2014; the
"Appellee Island Recycling, Inc.'s Response To And Joinder In
Appellee Department of Budget And Fiscal Services, City And
County of Honolulu's Motion To Dismiss Filed March 20, 2014,"
filed March 21, 2014, the "Appellant Refrigerant Recycling,
Inc.'s Memorandum in Opposition to Department of Budget and
Fiscal Services, City and County of Honolulu's Motion to Dismiss
and Island Recycling, Inc.'s Joinder" filed March 28, 2014; the

papers in support; and the records and files herein,

IT IS HEREBY ORDERED that the Motion to Dismiss is granted and this appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 2, 2014.

Amy R. Kondo
Geoffrey M. Kam
Ryan H. Ota
Deputies Corporation Counsel
City and County of Honolulu
for Appellee-Appellee
Department of Budget And Fiscal
Services, City and County of
Honolulu on the motion.

Presiding Judge

Associate Judge

Associate Judge